UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY KEITH SLEIGHTER,

    Plaintiff,

v.

KENT COUNTY, et al.,

    Defendants.
_____/

Case No. 1:14-cv-102

HON. JANET T. NEFF

## ORDER

This is a civil rights action filed by an individual proceeding *in forma pauperis*. On February 5, 2015, the Magistrate Judge filed a Report and Recommendation (Dkt 27), recommending that the action be dismissed pursuant Fed. R. Civ. P. 41(b) and W.D.Mich. L.Civ.R. 41.1 for want of prosecution and failure to comply with the rules and orders of this court. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 27) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this matter is **DISMISSED** for the reasons stated in the Report and Recommendation.

A Judgment will be entered consistent with this Order.

Dated: February 27, 2015

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge